**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA** *ex rel.* **ATUL JAIN,**<br><br>Plaintiffs,<br><br>v.<br><br>**DR. MARK D. SMITH, M.D., an individual; DR. FANE L. ROBINSON, M.D., an individual; DR. L. MILAD HAAK, M.D., an individual; DR. HENRY L. HUDSON, M.D., an individual;**<br><br>Defendants. | CASE NO. 18-CV-1213<br><br>**ORDER GRANTING PARTIAL DISMISSAL** |

# ORDER GRANTING DISMISSAL

Upon consideration of the Joint Motion for Partial Dismissal filed by Relator, Settling Defendants, and the California Department of Insurance, and for good cause shown:

**IT IS HEREBY ORDERED** that:

Pursuant to the Settlement Agreement attached as Exhibit A to the Joint Motion for Partial Dismissal, the settlement allocation is approved, and all claims in this action brought pursuant to CIFPA (the Eighth and Ninth Causes of Action in the operative Complaint), are dismissed with prejudice as to Mark D. Smith, M.D., and Fane L. Robinson, M.D., and without prejudice as to L. Milad Haak, M.D., and Henry L. Hudson, M.D.

**IT IS SO ORDERED.**

Dated: April 30, 2020

Hon. Anthony J. Battaglia
United States District Judge